FILE COPY
LODGED

1  DAVID R. WEINSTEIN (State Bar No. 082881)
   DEBORAH H. EISEN (State Bar No. 110440)
2  WEINSTEIN, EISEN & WEISS
   A Professional Corporation
3  1925 Century Park East, Suite 1150
   Los Angeles, California 90067-2712
4  Telephone (310) 203-9393
   Facsimile (310) 203-8110
5
6  Attorneys for Dennis M. Murphy, Chapter 7 Trustee



FILED NOV - 5 2001
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

ENTERED NOV - 5 2001

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re                                   ) Bk. No. SA 97-16576-RA
                                        ) [Chapter 7]
FIRST LENDERS INDEMNITY                 )
CORPORATION,                            )
                                        ) ORDER RE APPLICATION OF
        Debtor.                         ) CHAPTER 7 TRUSTEE FOR
                                        ) AUTHORITY TO EMPLOY AND PAY
                                        ) RETAINERS TO EXPERT WITNESSES
                                        )
                                        ) DATE:  October 18, 2001
                                        ) TIME:  3:00 p.m.
                                        ) PLACE: Courtroom 6-C
                                        )        411 West Fourth Street
                                        )        Santa Ana, CA 92701
_____)

AT SANTA ANA, IN THIS DISTRICT, ON _____.

    On October 18, 2001 at 3:00 p.m., a hearing was held on the Chapter 7 Trustee's *Application to Employ and Pay Retainers to Expert Witnesses*. Deborah H. Eisen of Weinstein, Eisen & Weiss, a Professional Corporation, appeared telephonically on behalf of Dennis M. Murphy, Chapter 7 Trustee. Richard S. Ruben of Pillsbury Winthrop LLP appeared on behalf of Bank One, Texas, N.A.

    Having reviewed the Application, Bank One's Objection to the employment of the Securities Law Expert and the Trustee's Reply thereto and further good cause,

h:\h\c\1219.544.wpd
10/25/01 (11:53 am)

IT IS HEREBY ORDERED that:

1. The application to employ the Indenture Trustee Expert is hereby approved effective August 1, 2001. The Trustee is authorized to pay the Indenture Trustee Expert a retainer of $25,000.00.

2. The Trustee's Application to employ the Securities Law Expert is hereby approved effective August 1, 2001 without prejudice to this Court's subsequent determination as to whether fees and costs paid by the estate to the Securities Law Expert should be charged to the account of Trustee's counsel of record. The Trustee is authorized to pay the Securities Law Expert a retainer of $20,000.00.

3. All compensation and expense reimbursement of the Indenture Trustee Expert and the Securities Law Expert is subject to further and final review and approval of this Court pursuant to 11 U.S.C. §§ 330 or 331.

DATED: 11/5/01

HONORABLE ROBERT W. ALBERTS
UNITED STATES BANKRUPTCY JUDGE

Approved as to Form:

PILLSBURY WINTHROP LLP

By: _____ 10-25-01
RICHARD S. RUBEN
Attorneys for Bank One Texas, N.A.

-2-

# DECLARATION OF SERVICE BY MAIL

I, CLAUDEAN BRANDON, the undersigned, hereby declares:

I am employed in the County of Los Angeles, State of California by the firm of WEINSTEIN, EISEN & WEISS, a Professional Corporation, 1925 Century Park East, Suite 1150, Los Angeles, California 90067-2712. I am over the age of 18 and not a party in the within action.

On October 25, 2001, I served the foregoing document described as

*ORDER RE APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY AND PAY RETAINERS TO EXPERT WITNESSES*

by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Trustee
Dennis M. Murphy
2235 N. Lake Avenue, Suite 205
Altadena, CA 91001-2465

Counsel for Bank One
Craig A. Barbarosh
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

U.S. Trustee
Michael Hauser
Office of the United States Trustee
411 West Fourth Street, 9th Floor
Santa Ana, CA 92701

( x ) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

(  ) Via Fax, I caused the above-referenced document(s) to be transmitted to the above-named persons.

(  ) Via Messenger Delivery

(  ) Via Overnight Mail

(  ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( x ) (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2001 at Los Angeles, California.

CLAUDEAN BRANDON

h:\h\c\1219.544.wpd
10/25/01 (11:53 am)

-3-

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | ) | Bk No. SA 97-16576-RA |
|---|---|---|
| FIRST LENDERS INDEMNITY CORPORATION, DEBTOR, | ) ) ) | [Chapter 7] |
| Debtor. | ) ) ) ) ) | NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING |

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Bankruptcy Rule 9022 and Local Bankruptcy Rule 9021-(a)(1)(E) that an order or judgment entitled *ORDER RE APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY AND PAY RETAINERS TO EXPERT WITNESSES* was entered on NOV - 5 2001.

I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on NOV - 5 2001

Dated: NOV - 5 2001

JON D. CERETTO, CLERK

By C. BANAVAS
Deputy Clerk

**NOTICE OF ENTRY OF ORDER**

h:\b\c\1219.544.wpd
10/25/01 (11:53 am)

-4-

**SERVICE LIST**

<u>Trustee</u>
Dennis M. Murphy
2235 N. Lake Avenue, Suite 205
Altadena, CA 91001-2465

<u>U.S. Trustee</u>
Michael Hauser
Office of the United States Trustee
411 West Fourth Street, 9th Floor
Santa Ana, CA 92701

<u>Counsel for Bank One</u>
Craig A. Barbarosh
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

Deborah H. Eisen
Weinstein, Eisen & Weiss
A Professional Corporation
1925 Century Park East, Suite 1150
Los Angeles, CA 90067-2712