FILED
FEB 19 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                     Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ENTERED
FEB 25 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                     Deputy Clerk

| | |
|---|---|
| In re | ) Bk. No. SA97-16576ES |
| First Lenders Indemnity Corp. | ) |
| | ) |
| | ) ORDER DENYING REQUEST FOR |
| | ) RELEASE OF UNCLAIMED FUNDS |
| | ) (28 U.S.C. Section 2042, |
| Debtor (s) | ) Bankruptcy Rule 9013, |
| | ) Bankruptcy Local Rule 3011-1) |

On February 3, 2010, Martha Dear for Evelyn Lawhon (deceased) c/o Dilks & Knopik, LLC filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____    1.    A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____    2.    Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____    3.    The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____    4.    The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

|     |     |     |
| --- | --- | --- |
| _____ | 5. | The corporate seal is not stamped on the motion &/or power of attorney. |
| _____ | 6. | The name on the corporate seal does not match the name listed on the claim. |
| _____ | 7. | An original power of attorney was not submitted. |
| _____ | 8. | The Proof of Service has not been completed. |
| _____ | 9. | The Proof of Service is incomplete. The following is missing: |
| X | 10. | There are still insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed even with the additional documentation provided. |
| _____ | 11. | There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor. |
| _____ | 12. | The documents supporting the claim have not been certified. |
| _____ | 13. | Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case. |
| _____ | 14. | Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee. |
| _____ | 15. | Fund locator submitting this claim has failed to register with this court. |
| _____ | 16. | No proof of identification provided (driver's license/passport). |
| ✓ | 17. | Other: *Insufficient evidence that Evelyn Lawhon has no living blood relatives.* |

_____    2/19/10
United States Bankruptcy Judge    Date
JUST - REV